MILTON J. CRYSTAL, Appellant, v SIDNEY L. MANES et al., Respondents. (Appeal No. 1.)

Present—Dillon, P. J., Doerr, Boomer, Lawton and Davis, JJ.